No. 93-7457. SHELTON v. HIGGINS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93-7460. FARLEY v. COUNTY OF LOS ANGELES. C. A. 9th Cir. Certiorari denied. 

No. 93-7463. RANSOM v. IDAHO. Sup. Ct. Idaho. Certiorari denied. 

No. 93-7472. POOLE v. GODINEZ, WARDEN. C. A. 7th Cir. Certiorari denied. 

No. 93-7473. O'BRIEN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 93-7483. RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied. 

No. 93-7487. LESTER v. ZURN INDUSTRIES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 93-7496. THOMAS v. GRABEN WOOD PRODUCTS, INC., ET AL. C. A. 11th Cir. Certiorari denied. 

No. 93-7532. COPELAND v. CHESAPEAKE & POTOMAC TELEPHONE COMPANY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied. 

No. 93-7535. CROSS v. EU, SECRETARY OF STATE OF CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 93-7541. VITEK v. ST. PAUL PROPERTY & CASUALTY. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 93-7558. MOSLEY v. COUNTY OF CLARK. C. A. 9th Cir. Certiorari denied. 

No. 93-7567. KING v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 93-7584. AMANN ET AL. v. TOWN OF STOW ET AL. C. A. 1st Cir. Certiorari denied. 

No. 93-7593. LOWE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.